UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREG SMITH,

    Plaintiff,

vs.                                        Case No. 1:18-cv-00038-WJ-SCY

NATIONAL LIABILITY AND FIRE INSURANCE
COMPANY,

    Defendant.

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal, WITH PREJUDICE, of all claims which were or could have been brought in this matter.  Each party will bear their own attorneys' fees and costs.

**DUHIGG, CRONIN, SPRING & BERLIN, PA.**

By: *Telephonic approval 2.8.18*
    David Berlin
    P.O. Box 527
    Albuquerque, New Mexico  87103
    (505) 243-3751
    (505) 246-9797
    dmberl@duhigglaw.com
*Attorneys for Plaintiff*

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya, Esq.
    P.O. Box 2168
    Albuquerque, NM 87103-2168
    (505) 848-1800
    (505) 848-1899 FAX
    jnoya@modrall.com
*Attorneys for Defendant*