UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREG SMITH,

    Plaintiff,

vs.                                                Case No. 1:18-cv-00038-WJ-SCY

NATIONAL LIABILITY AND FIRE INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Stipulation for Dismissal with prejudice, and there have been no objections to the dismissal, this matter is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

                                            UNITED STATES DISTRICT JUDGE

Approved by:

DUHIGG, CRONIN, SPRING
& BERLIN, PA.

By: *Telephonic approval 2.8.18*
    David Berlin
    P.O. Box 527
    Albuquerque, New Mexico 87103
    (505) 243-3751
    (505) 246-9797
    dmberl@duhigglaw.com

*Attorney for Plaintiff*

**MODRALL SPERLING ROEHL HARRIS
& SISK, P.A.**

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya, Esq.
    P.O. Box 2168
    Albuquerque, NM 87103-2168
    (505) 848-1800
    (505) 848-1899 FAX
    jnoya@modrall.com

*Attorney for Defendant*